IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WALKING COMPANY HOLDINGS, INC.,[1] | ) ) | Case No. 18-10474 (LSS) |
| | ) | **Re: Docket No. 483** |
| Debtor. | ) ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE WALKING COMPANY, | ) | Case No. 18-10475 (LSS) |
| | ) | |
| Debtor. | ) ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BIG DOG USA, INC., | ) | Case No. 18-10476 (LSS) |
| | ) | |
| Debtor. | ) ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| FOOTSMART, INC., | ) | Case No. 18-10477 (LSS) |
| | ) | |
| Debtor. | ) ) | |

**FINAL DECREE (I) CLOSING CHAPTER 11 CASES;
(II) TERMINATING CETAIN CLAIMS AND NOTICING SERVICES;
AND (III) GRANTING RELATED RELIEF**

Upon consideration of the amended motion (the "Amended Motion")[2] of the above captioned reorganized debtors (the "Debtors") for entry of a final decree (this "Final Decree"), pursuant to section 350 of Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: The Walking Company Holdings, Inc. (8665); The Walking Company (2061); Big Dog USA, Inc. (5316); and FootSmart, Inc. (9736). The headquarters and service address for the above-captioned Debtors is 25 W. Anapamu, Santa Barbara, CA 93101.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Amended Motion.

3022-1: (a) closing the chapter 11 cases of the Debtors (the "Chapter 11 Cases"); (b) terminating certain claims and noticing services provided by KCC; and (c) granting related relief; as more fully set forth in the Amended Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012, and Article XII of the Plan; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Amended Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Amended Motion is in the best interests of the Debtors' estates, creditors, and other parties in interest; and this Court having found that notice of and opportunity for a hearing on the Amended Motion were appropriate and no other notice need be provided; and this Court having reviewed the Amended Motion and having determined that the legal and factual bases set forth in the Amended Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Amended Motion is GRANTED.

2. The each of the above captioned Chapter 11 Cases are hereby closed, effective as of the entry of this Final Decree.

| Case Name | Case Number |
|---|---|
| The Walking Company Holdings, Inc. | 18-10474 (LSS) |
| The Walking Company. | 18-10475 (LSS) |
| Big Dog USA, Inc. | 18-10476 (LSS) |

| FootSmart, Inc. | 18-10477 (LSS) |

3. The Debtors shall, on or before 30 days after entry of this Final Decree: (a) pay all fees due and payable pursuant to 28 U.S.C. § 1930(a)(6); and (b) file with the Court and serve a copy of final post-confirmation reports on the Office of the United Sates Trustee for the District of Delaware for the period covering October 1, 2018 through the date of the entry of this Final Decree.

4. The Clerk of the Court shall enter this Final Decree on the docket of each of the Chapter 11 Cases, and thereafter the dockets shall be marked as "Closed".

5. The claims and noticing services provided by KCC (the "<u>Claims and Noticing Services</u>") are terminated in accordance with the Amended Motion upon the completion of the services listed in paragraph 6 below. Thereafter, KCC shall have no further obligations to this Court, the Debtors, their estates, or any other party in interest with respect to the Claims and Noticing Services in these Chapter 11 Cases.

6. Pursuant to Local Rule 2002-1(f)(ix), within 28 days of entry of this Final Decree, KCC shall (a) forward to the Clerk of the Court an electronic version of all imaged proofs of claim, (b) upload the creditor mailing list into CM/ECF and (c) file a final claims register containing claims asserted in all of the Debtors' cases on the docket of the Chapter 11 Cases. KCC also shall box and deliver all original proofs of claim to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154 and file a completed SF-135 Form indicating the accession and location numbers of the archived claims. In addition, pursuant to Local Rule 2002-1(f)(xii), KCC shall file a final claims register on the docket of each of the Debtors' Chapter 11 Cases containing only the claims asserted in that specific case.

7. If KCC receives any mail regarding the Debtors or the Debtors' estates after entry of this Final Decree, KCC will collect and forward such mail to the Debtors no less frequently than monthly.

8. Nothing herein shall limit the right of any party in interest to seek to reopen the Chapter 11 Cases pursuant to section 350 of the Bankruptcy Code, Bankruptcy Rule 5010, or any other applicable law.

9. The Debtors are authorized and empowered, and may in their discretion and without further delay, take any action and perform any act necessary to implement and effectuate the terms of this Final Decree.

10. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

11. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation, implementation, and/or enforcement of this Final Decree.

**Dated: December 17th, 2018**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**