## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

Debtor's Name: __The Walking Company__ .          Bank: ___Wells Fargo___

Bankruptcy Number: _18-10475_                      Account Number:___See attached___

Date of Confirmation: __6-29-18__                   Account Type:_____See attached___

Reporting Period (month/year): *October 1 to December 17, 2018*

| | |
|---|---|
| Beginning Cash Balance: | $ 4,212,516 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 40,806,394 |
| Collection of Accounts Receivable: | $ 1,307,459 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Total of cash received: | $ 42,113,853 |
| Total of cash available: | $ 46,326,369 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 1,725,000 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 202,704 |
| All other disbursements made in the ordinary course: | $ 40,580,891 |
| Total Disbursements | $ 42,508,595 |
| Ending Cash Balance | $ 3,817,774 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 1/14/19          Name/Title: _[signature] / Controller_

# BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT BEGINNING OF PERIOD 9/30/2018 | BOOK VALUE AT END OF PERIOD 12/17/2018 |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 4,212,516 | 3,817,774 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | 1,262,712 | 770,972 |
| Notes Receivable | | |
| Inventories | 63,045,118 | 61,267,220 |
| Prepaid Expenses | 4,834,210 | 5,743,319 |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | 4,527,334 | 4,446,967 |
| *TOTAL CURRENT ASSETS* | 77,881,890 | 76,046,252 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | 10,721,023 | 10,662,689 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | 4,705,024 | 4,681,578 |
| *TOTAL OTHER ASSETS* | $4,705,024 | $4,681,578 |
| **TOTAL ASSETS** | $93,307,937 | $91,390,519 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT BEGINNING OF PERIOD 9/30/2018 | BOOK VALUE AT END OF PERIOD 12/17/2018 |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | 16,469,797 | 13,912,449 |
| Taxes Payable | 901,241 | 912,844 |
| Wages & Employee Benefits Payable | 3,887,682 | 4,592,650 |
| Notes Payable | 1,800,000 | 1,800,000 |
| Rent / Leases - Building/Equipment | 35,066 | 33,965 |
| Accrued Interest Payable | - | - |
| Other: Accrued Expenses | 2,224,841 | 2,481,655 |
| Amounts Due to Insiders* - Expense reports | - | - |
| Other Postpetition Liabilities (attach schedule) | 59,108,400 | 58,284,946 |
| *TOTAL POSTPETITION LIABILITIES* | $84,427,027 | $82,018,509 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | 2,300,000 | 2,550,000 |
| *TOTAL LIABILITIES* | 86,727,027 | 84,568,509 |
| **OWNER EQUITY** | | |
| Capital Stock | 115,864 | 115,864 |
| Additional Paid-In Capital | 8,046,624 | 8,046,624 |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | -6,445,912 | -6,445,912 |
| Retained Earnings - Postpetition | 4,864,334 | 5,105,434 |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | 6,580,910 | 6,822,010 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $93,307,937 | $91,390,519 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

# The Walking Company

**Case #18-10475**

| Bank | Account # | Account Description | Month-end book balance 12/17/18 | Status |
|---|---|---|---|---|
| Wells Fargo | -8053 * | Restricted | 637 | Open |
| Wells Fargo | -8061** | Merchant/Credit Card | - | Open |
| Wells Fargo | -8087 | Payroll | 2,530 | Open |
| Wells Fargo | -8079** | Operating | 67,384 | Open |
| Wells Fargo | -6415 | General Checking | (91,944) | Open |
| Wells Fargo | -4827 | Customer Refunds | (47,881) | Open |
| Wells Fargo | -5218 | Utility Deposit Account | - | Open |
| Wells Fargo | n/a | Expense report clearing | (25,650) | |
| Wells Fargo | -5218 | Unsecured Claims Account | 2,550,000 | Open |
| Wells Fargo | no activity | TWC Holdings | 25 | Open |
| American Savings | -5350 | Stores Depository | - | Open |
| Associated Bank | -7695 | Stores Depository | - | Open |
| Bank of America | -0841 | Stores Depository | - | Open |
| Bank of Hawaii | -6371 | Stores Depository | - | Open |
| Bank of the West | -3559 | Stores Depository | - | Open |
| Banner Bank | -1689 | Stores Depository | - | Open |
| Berkshire | -8586 | Stores Depository | - | Open |
| BofA | -0841 | Stores Depository | - | Open |
| Chase | -2541 | Stores Depository | - | Open |
| Chase - wamu | -6472 | Stores Depository | - | Open |
| Citizens | -7389 | Stores Depository | - | Open |
| Comerica | -9903 | Stores Depository | - | Open |
| Compass | -4660 | Stores Depository | - | Open |
| Eastern | -6607 | Stores Depository | - | Open |
| Fidelity | -1765 | Stores Depository | - | Open |
| Fifth Third | -1825 | Stores Depository | - | Open |
| First American | -2901 | Stores Depository | - | Open |
| First Citizens | -3883 | Stores Depository | - | Open |
| First Hawaiian | -0363 | Stores Depository | - | Open |
| First Nat'l | -1297 | Stores Depository | - | Open |
| First Nat'l of PA | -6685 | Stores Depository | - | Open |
| First Tennessee | -9162 | Stores Depository | - | Open |
| Huntington | -6886 | Stores Depository | - | Open |
| Key Bank | -0883 | Stores Depository | - | Open |
| PNC | -1665 | Stores Depository | - | Open |
| Salem Five | -0105 | Stores Depository | - | Open |
| Sun Trust | -1081 | Stores Depository | - | Open |
| TD bank | -1792 | Stores Depository | - | Open |
| Territorial Savings | -3029 | Stores Depository | - | Open |
| US Bank | -3122 | Stores Depository | - | Open |
| Total - Store depository | | Stores Depository | 130,359 | Open |
| Petty Cash | n/a | Petty Cash | 700 | |
| Credit Card receivables | n/a | Credit Card receivables | 1,190,314 | |

**Total book balance - TWC Cash**     3,776,474
**Total book balance - FootSmart Cash**     41,300
**Total book balance - Total Cash per balance sheet**     3,817,774

\* - Indicates Wells Fargo Concentration Accounts

\*\* - Indicates banks and accounts that are the "Cash Management Banks" and "Cash Management Accounts", as applicable under the Agreement