IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **The Walking Company** | § | **Case No. 18-10475-LSS** |
| | § | |
| Debtor(s) | § | Jointly Administered |

## TAXING AUTHORITY'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 1

**YOU ARE HEREBY NOTIFIED** that **Harris County's** claim no. 1 in the amount of **$22,783.18** is hereby **WITHDRAWN**. The taxes are paid.

Date: **February 11, 2019**

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**


/S/ John P. Dillman
**JOHN P. DILLMAN**
State Bar No. 05874400
**TARA L. GRUNDEMEIER**
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3400 - Telephone
(713) 844-3503 - Telecopier

*Counsel for Harris County et al.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **The Walking Company** | § | Case No. 18-10475-LSS |
| | § | |
| Debtor(s) | § | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Taxing Authorities' Notice of Withdrawal of Proof of Claim No. 1** was served via electronic means if available, otherwise by regular, first class mail upon the following entities on **February 11, 2019**

Debtor(s)

The Walking Company
25 W. Anapamu
Santa Barbara, CA 93101

Attorney in Charge for Debtor(s)

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Trustee

United States Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*/S/ John P. DIllman*
John P. Dillman