IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WALKING COMPANY HOLDINGS, INC., et al.,[1] | ) ) ) | Case No.: 18-10474 (LSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF CANCELLATION OF OMNIBUS HEARING
SCHEDULED FOR NOVEMBER 30, 2018 AT 10:00 A.M. (EASTERN TIME)**

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for November 30, 2018, at 10:00 a.m. (Eastern Time) before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court Judge for the District of Delaware, 824 Market Street, Sixth Floor, Courtroom No. 2, Wilmington, Delaware 19801 has been cancelled by the Court. There are no matters scheduled to go forward.

Dated:  November 27, 2018

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Joseph M. Mulvihill*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
Wilmington, DE 19899 (Courier 19801)
Tel:  (302) 652-4100
Fax: (302) 652-4400
E-mail:  joneill@pszjlaw.com
    jpomerantz@pszjlaw.com
    jdulberg@pszjlaw.com
    jmulvihill@pszjlaw.com

*Attorneys for Debtors and Debtors in Possession*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: The Walking Company Holdings, Inc. (8665); The Walking Company (2061); Big Dog USA, Inc. (5316); and FootSmart, Inc. (9736). The headquarters and service address for the above-captioned Debtors is 25 W. Anapamu, Santa Barbara, CA 93101.